**Motion Granted; Appeal Dismissed and Memorandum Opinion filed August 4, 2016.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-16-00367-CR

---

### EX PARTE CARLOS FUENTES

---

**On Appeal from the County Criminal Court at Law No. 14
Harris County, Texas
Trial Court Cause No. 2075135**

---

## M E M O R A N D U M   O P I N I O N

Appellant Carlos Fuentes appeals from the denial of his pretrial application for writ of habeas corpus challenging the constitutionality of the Harris County Game Room Regulations.

On May 18, 2016, the underlying charge was dismissed because the trial court granted appellant's motion to quash the information. Because appellant is no longer confined on the charge he challenged in his pretrial writ of habeas corpus, appellant's appeal of the denial of that writ is moot. *See Martinez v. State*, 826

S.W.2d 620 (Tex. Crim. App. 1992).

On July 14, 2016, the State filed a motion to dismiss based on mootness. The motion is granted and the appeal is dismissed.

PER CURIAM


Panel consists of Justices Boyce, Christopher and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).